■ J. P. DUNDON COMPUTER, INC., Appellant, v EDWARD L. SOLOMON, Doing Business as ELS PLANNING AND MANAGEMENT SERVICES, Respondent, et al., Defendants. [682 NYS2d 640] —Appeal from an order of the Supreme Court (Monserrate, J.), entered September 10, 1997 in Broome County, which granted defendant Edward L. Solomon's motion for summary judgment dismissing the complaint against him.

Order affirmed, upon the opinion of Justice Patrick D. Monserrate.

Mikoll, J. P., Mercure, Crew III, Yesawich Jr. and Peters, JJ., concur. Ordered that the order is affirmed, with costs.